BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CRS-11-295 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND PROTECTIVE |
| ) | ORDER RE: DISSEMINATION OF |
| v. ) | DISCOVERY DOCUMENTS CONTAINING |
| ) | NAMES AND PERSONAL IDENTIFYING |
| MARLA BRENNAN, ) | INFORMATION |
| KEITH O'NEIL, ) | |
| BRIAN BARNES, and ) | |
| MARLENA COLVIN, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties in United States v. Sergey Potepalov, et. al., stipulate and agree, and respectfully request that the Court order that:

1. The United States shall turn over discovery in this case subject to this stipulation and associated protective order.

2. Certain of the documents contained in the government's discovery production contain names and personal identifying information of certain defendants and other individuals (hereinafter, the "Protected Material"). Such personal identifying information includes, but is not

1

        limited to, surnames, street addresses, telephone numbers, driver's license numbers, social security numbers, financial account numbers, dates of birth, A-file numbers, and any other alphanumeric identifiers attributed to any person. Any pages of discovery that contain no personal identifying information are not subject to this order.

3. The Protected Material is now and will forever remain the property of the United States. The Protected Material is entrusted to counsel for each defendant only for purposes of representation in this case.

4. Counsel for each defendant shall not give Protected Material or any copy of Protected Material to any person other than counsel's staff, investigator, or retained expert(s). The terms "staff," "investigator," and "expert" shall not be construed to describe any defendant or other person not either regularly employed by counsel or a licensed investigator or expert hired in this case.

5. Any person receiving Protected Material or a copy of Protected Material from counsel for any defendant shall be bound by the same obligations as counsel and further may not give the Protected Material to anyone (except that the Protected Material shall be returned to counsel).

6. Counsel shall maintain a list of persons to whom any Protected Material, or copies thereof, have been given. Such persons shall be shown a copy of this Stipulation and Order and shall sign a copy of the Stipulation and Order and note that they understand its terms and agree to them.

7. The defendants in this case may review the Protected

|   |   |   |
|---|---|---|
| 1 |  | Material and be aware of its contents, but shall not be |
| 2 |  | given control of the Protected Material or any copies |
| 3 |  | thereof.  Notwithstanding the foregoing, counsel are |
| 4 |  | permitted to provide each defendant with copies of |
| 5 |  | documents otherwise classifiable as Protected Material so |
| 6 |  | long as counsel completely redact <u>all</u> personal identifying |
| 7 |  | information from those documents prior to providing them |
| 8 |  | to a defendant. |
| 9 | 8. | The foregoing notwithstanding, after the Trial |
| 10 |  | Confirmation Hearing in this case, counsel, staff, and |
| 11 |  | investigator for any defendant who has confirmed for trial |
| 12 |  | may make copies of the Protected Material for trial |
| 13 |  | preparation and presentation.  Any copies must, however, |

14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

remain in the possession of counsel, staff, investigator, expert or the Court.

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: August 11, 2011     By:  /s/ Daniel S. McConkie
                                        DANIEL S. McCONKIE
                                        Assistant U.S. Attorney

DATE: August 11, 2011          /s/ Benjamin D. Galloway
                                        BENJAMIN D. GALLOWAY
                                        Attorney for MARLA BRENNAN
                                        By verbal authorization

DATE: August 11, 2011          /s/ Hayes H. Gable, III
                                        HAYES H. GABLE, III
                                        Attorney for KEITH O'NEIL
                                        By verbal authorization

DATE: August 11, 2011          /s/ Dwight M. Samuel
                                        DWIGHT M. SAMUEL
                                        Attorney for BRIAN BARNES
                                        By email authorization

DATE: August 11, 2011          /s/ Dina L. Santos
                                        DINA L. SANTOS
                                        Attorney for MARLENA COLVIN
                                        By verbal authorization

**IT IS SO ORDERED:**

DATED:  August 11, 2011

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE