Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
SERGEY POTEPALOV

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     vs.<br><br>SERGEY POTEPALOV, et al.,<br><br>               Defendants. | No. 2:11-CR-00295 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Daniel McConkie, Jr., Assistant United States Attorney, attorney for plaintiff; Michael E. Hansen, attorney for defendant Sergey Potepalov; Hayes Gable, III, attorney for defendant Keith O'Neil; Benjamin Galloway, attorney for defendant Marla Brennan; Christopher Haydn-Myer, attorney for defendant Pavel Berezenko; Dwight Samuel, attorney for defendant Brian Barnes; Michael Bigelow, attorney for defendant Anthony Rivera; Michael Long, attorney for defendant Veranika Koushal; and Dina Santos, attorney for defendant Marlena Colvin, that the previously-scheduled status conference date of January 5, 2012, be vacated and the matter set for status conference on March 8, 2012, at 9:00 a.m.

   This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

   The Government concurs with this request.

///

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. sections 3161(h)(7)(B)(ii) and (iv), corresponding to Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare], from the date of the parties' stipulation, December 29, 2011, to and including March 8, 2012.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  December 29, 2011            Respectfully submitted,

                                     /s/ Michael E. Hansen
                                     MICHAEL E. HANSEN
                                     Attorney for Defendant
                                     SERGEY POTEPALOV

Dated:  December 29, 2011            /s/ Michael E. Hansen for
                                     HAYES GABLE, III
                                     Attorney for Defendant
                                     KEITH O'NEIL

Dated:  December 29, 2011            DANIEL J. BRODERICK
                                     Federal Defender

                                     By:  /s/ Michael E. Hansen for
                                     BENJAMIN GALLOWAY
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     MARLA BRENNAN

Dated:  December 29, 2011            /s/ Michael E. Hansen for
                                     CHRISTOPHER HAYDN-MYER
                                     Attorney for Defendant
                                     PAVEL BEREZENKO

Dated:  December 29, 2011            /s/ Michael E. Hansen for
                                     DWIGHT SAMUEL
                                     Attorney for Defendant
                                     BRIAN BARNES

Dated:  December 29, 2011            /s/ Michael E. Hansen for
                                     MICHAEL BIGELOW
                                     Attorney for Defendant
                                     ANTHONY RIVERA

///

| | |
|---|---|
| Dated:  December 29, 2011 | /s/ Michael E. Hansen for<br>MICHAEL LONG<br>Attorney for Defendant<br>VERANIKA KOUSHAL |
| Dated:  December 29, 2011 | /s/ Michael E. Hansen for<br>DINA SANTOS<br>Attorney for Defendant<br>MARLENA COLVIN |
| Dated:  December 29, 2011 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By: /s/ Michael E. Hansen for<br>DANIEL McCONKIE, JR.<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, December 29, 2011, to and including March 8, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. sections 3161(h)(7)(B)(ii) and (iv), and Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare]. It is further ordered that the January 5, 2012, status conference shall be continued until March 8, 2012, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: January 4, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE